# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GILBERT W. NEDROW,<br><br>      Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security<br>Administration,<br><br>      Defendant. | Case No. CIV-05-364-RAW |

### ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

On August 24, 2006, Magistrate Judge West entered Findings and Recommendations, recommending that the above-styled case be reversed and remanded for further proceedings. Defendant has not filed an objection.

IT IS THEREFORE ORDERED that the decision of the ALJ is hereby **REVERSED** and this case is hereby **REMANDED** pursuant to the fourth sentence of 42 U.S.C. §405(g) for further administrative proceedings.

```
Dated this 20 September 2006.
```

J4h4i0

_____
Ronald A. White
United States District Judge
Eastern District of Oklahoma